William H. Ingaldson
Ingaldson Fitzgerald P.C.
813 W. Third Avenue
Anchorage, Alaska 99501
bill@impc-law.com
colleen@impc-law.com (Asst.)
Attorney for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FAULKNER WALSH CONSTRUCTORS; ) | |
| H2W CONSTRUCTORS, INC.; and ) | |
| FOUNDATION SERVICES, INC., ) | |
| ) | |
| Plaintiffs, ) | Case No. 3:20-cv-00270-HRH |
| ) | |
| v. ) | |
| ) | |
| ) | |
| NATIONAL CASUALTY COMPANY; ) | |
| ATLANTIC SPECIALTY INSURANCE ) | |
| COMPANY; AGCS MARINE ) | |
| INSURANCE COMPANY; and ZURICH ) | |
| AMERICAN INSURANCE COMPANY, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## NOTICE OF SETTLEMENT

Plaintiffs, by and through counsel, hereby notify the court that the parties have reached a settlement agreement in this matter. The parties will file a Notice of Dismissal after the Settlement Agreement is executed and settlement funds are paid.

**INGALDSON,
FITZGERALD,
P.C.**
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

Dated this 28th day of September, 2022.

INGALDSON FITZGERALD, P.C.
Attorney for Plaintiffs

By: /s/ William H. Ingaldson
William H. Ingaldson
ABA No. 8406030

Dated this 28th day of September, 2022.

INGALDSON FITZGERALD, P.C.
Attorney for Plaintiffs

By: /s/ Barry J. Kell
Barry J. Kell
ABA No. 8611120

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of September, 2022, a copy of the foregoing was served via electronic service on:

Christina Rankin
crankin@guessrudd.com

Laura L. Farley
lfarley@farleygraves.com

Kevin Beauchamp Smith
KevinBeauchampSmith@protonmail.com

/s/ Colleen A. Guffey
Colleen A. Guffey

**INGALDSON, FITZGERALD, P.C.**
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751